IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

QUINCY RESHAWN GILSTRAP

NO.  3:21-CR-00150-B

NOTICE OF SUBSTITUTION OF COUNSEL

The United States Attorney for the Northern District of Texas respectfully advises the Court, and all interested parties, that Assistant United States Attorney Sarah R. Douglas will now be appearing on behalf of United States. Therefore, the government respectfully requests that the Clerk of Court substitute Assistant United States Attorney Sarah R. Douglas, for Assistant United States Attorney Tiffany H. Eggers, in this matter.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

/s/ *Sarah R. Douglas*
SARAH R. DOUGLAS
Assistant United States Attorney
Texas Bar No. 24060979
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8808
Email: sarah.douglas@usdoj.gov

**Notice of Substitution of Counsel—Page 1 of 2**

## CERTIFICATE OF SERVICE

I hereby certify on this 28th day of October 2022, that this document was filed with the Clerk of Court via the court's ECF System.

/s/ *Sarah R. Douglas*
SARAH R. DOUGLAS
Assistant United States Attorney

**Notice of Substitution of Counsel—Page 2 of 2**