Clerk

RECEIVED

MAR - 7 2023

MS

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Feb 28th, 2023

I am currently in T.D.C.J. awaiting on a probation violation from April 2021 and would like to know if a court date has been set. I have not had any other charges pending since 9/22/22 and would like to know how to request a bench warrant to take care of this pending detainer. Thank you for your time in this manner.

Respectfully,

Quincy R. Gilstrap
02/04/1986

Case 3:21-cr-00150-B    Document 9    Filed 08/07/23    Page 2 of 3    PageID 43

Quincy Gilstrap 2415343
Lewis Unit

777 FM 3497

Woodville, TX, 75990

SHREVEPORT LA 710

3 MAR 2023  PM 3  L

RECEIVED-5

MAR 7 2023

MAILROOM

Federal Court

1100 Commerce Street (Room 1452)

Dallas, TX, 75242

75242-102799

* Lemon 1 *

## United States District Court
### Northern District of Texas

*Dallas Division*

3/9/2023

Quincy Reshawn Gilstrap
#2415343
TDCJ Lewis Unit
777 FM 3497
Woodville, TX 75990

Re: Your correspondence received in the U.S. District Clerk's Office on 3/7/2023
Case No./Style: 3:21-cr-00150-B-1, USA v. Gilstrap

Please be advised that a court date has not been set pertaining to your case, and bench warrants are handled at the state court level. Contact the U. S. Marshals Service at the address provided below or Bureau of Prisons regarding a federal detainer.

United States Marshals Service
1100 Commerce Street Suite 16G38A
Dallas, TX 75242
214-767-0836

Sincerely,

Deputy Clerk - MS