

District Clerk,

Could you please tell me if a court date has been set pertaining to my case 3:21-cr-00150-B-1. As well as who I need to contact at the state level about a bench warrant for this case. I have already contacted the USMS and have yet to recieve a responce.

Could you please assist me with this matter. So this issue can be resolved please. Thank You!!!

X _Quincy R. Gilstrap (signature)_

5/30/2023

Quincy R. Gilstrap

Case: 3:21-cr-00150-B-1

Dob: 02/04/1986

Quincy R. Gilstrap #2415343
Lewis Unit
777 Fm 3497
Woodville, Tx, 75990

SHREVEPORT LA 710

1 JUN 2023   PM 3 1

RECEIVED
JUN - 6 2023
MAILROOM

United States District Court
Office of The Clerk
Northern District of Texas
1100 Commerce - Room 1452
Dallas, TX, 75242 - 1495

# United States District Court
## Northern District of Texas

*Dallas Division*

6/7/2023

Quincy Reshawn Gilstrap #2415343
TDCJ Lewis Unit
777 FM 3497
Woodville, TX 75990

Re: Your correspondence received in the U.S. District Clerk's Office on  6/6/2023
Case No./Style:  3:21-cr-00150-B-1, USA v. Gilstrap

Please be advised that a court date has not been set pertaining to your case, and bench warrants are handled at the state court level. Contact the U. S. Marshals Service at the address provided below or Bureau of Prisons regarding a federal detainer.

United States Marshals Service
1100 Commerce Street Suite 16G38A
Dallas, TX 75242
214-767-0836

Sincerely,

Deputy Clerk -  MS