District Clerk,

RECEIVED

APR 21 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

I am writing this letter in request of a USM-17 "Notifications Requirements - Speedy Trial Act" Form. I am a state inmate in need of this form to take care of an unresolved federal detainer but I have no access to any federal forms being housed at T.D.C.J. the "Polunsky Unit". Could you please mail me a copy of the form so I may take care of a "Supervised Release Violation Ref. No. 3:21 CR 150 please. Thank you for your time in this matter.

Respectfully Submitted,

Case Number: 3:21 CR150 "Supervised Release Violation"

Quincy R. Gilstrap # 2415343
Polunsky Unit
3872 Fm 350 South
Livingston, TX, 77351

HOUSTON TX RPDC 773
9 APR 2025    PM 2 L

CHRISTMAS
USA FOREVER

US District Court
Eastern District of Texas
CLERK, U.S. DISTRICT COURT
RECEIVED
APR 1 4 2025
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS
104 N. 3rd Street
Lufkin, TX, 75901

Legal mail *

75901-080135

United States District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
104 NORTH THIRD STREET
LUFKIN, TEXAS 75901

OFFICIAL BUSINESS

SHREVEPORT LA 710

15 APR 2025 PM 3

X-RAY

US POSTAGE IMI PITNEY BOWES

ZIP 75901
02 7H
0006152590

$ 000.69⁰

APR 15 2025

RECEIVED

APR 2 1 2025

MAILROOM

United States District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242.

75242-131052

# United States District Court
## Northern District of Texas

*Dallas Division*

April 22, 2025

Quincy Reshawn Gilstrap
#2415343
TDCJ Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

Re: Your correspondence received in the U.S. District Clerk's Office on April 21, 2025
Case No./Style: 3:21-cr-00150-B-1, USA v. Gilstrap

The Clerk's Office is unable to provide the requested USM-17 notifications requirements-speedy trial act form. Your case manager or facility law library may be able to provide such form.

Sincerely,

Deputy Clerk - KM